IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:18-mc-497-RLW |
| | ) | |
| BROCK AUTO PARTS AND SALES CO., INC., | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR ADDITIONAL TIME TO FILE A REPLY

Brock Auto Parts and Sales Co., Inc. ("Brock Auto"), by and through its counsel, Justin K. Gelfand and the law firm of Margulis Gelfand, and Sara G. Neill and Gary R. Sarachan and the law firm of Capes Sokol, respectfully moves this Court to allow it until September 10, 2018, to file a Reply to the United States' Response and Memorandum Opposing Motion to Dismiss (Doc. 11). Counsel for the United States has stated that he has no objection to Brock Auto's request for additional time.

Respectfully Submitted,

**Margulis Gelfand, LLC**

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND, #62265MO
8000 Maryland Ave., Suite 420
St. Louis, MO 63105
T: (314) 390-0230
F: (314) 485-2264
E: justin@margulisgelfand.com

1

**Capes, Sokol, Goodman & Sarachan, P.C.**

/s/ *Sara G. Neill*
GARY R. SARACHAN,  #25683MO
SARA G. NEILL, #53053MO
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
T: (314) 721-7701
F: (314) 721-0554
E:  sarachan@capessokol.com
E:  neill@capessokol.com


**ATTORNEYS FOR BROCK AUTO PARTS & SALES CO., INC.**

## Certificate of Service

I hereby certify that this pleading was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the U.S. Department of Justice's Tax Division (Civil Section) and Tax Division Trial Attorney Julian Todd Lee.

**Capes, Sokol, Goodman & Sarachan, P.C.**

/s/ *Sara G. Neill*
GARY R. SARACHAN,  #25683MO
SARA G. NEILL, #53053MO
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
T: (314) 721-7701
F: (314) 721-0554
E:  sarachan@capessokol.com
E:  neill@capessokol.com

**ATTORNEYS FOR BROCK AUTO PARTS & SALES CO., INC.**